LATHAM & WATKINS LLP
　Niall E. Lynch (Bar No. 157959)
　　*niall.lynch@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorney for Defendants
FERRELLGAS PARTNERS, L.P. and
FERRELLGAS, L.P.

FOLEY & LARDNER LLP
　Tammy H. Boggs (Bar No. 252538)
　　*tboggs@foley.com*
3579 Valley Centre Drive, Suite 300
San Diego, California 92130
Telephone: +1.858.847.6700
Facsimile: +1.858.792.6773

Attorney for Defendants
AMERIGAS PARTNERS, L.P., AMERIGAS
PROPANE L.P., and AMERIGAS PROPANE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN VENEZIA, MICHAEL S. HARVEY, GREGORY LUDVIGSEN, ARTHUR HULL, and ALAN ROCKWELL, individually and on behalf of a class of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FERRELLGAS PARTNERS, L.P., a limited partnership; FERRELLGAS, L.P., a limited partnership d/b/a Blue Rhino; AMERIGAS PARTNERS, L.P., a limited partnership, and AMERIGAS PROPANE, L.P., a limited partnership d/b/a AmeriGas Cylinder Exchange, and AMERIGAS PROPANE, INC., a corporation,<br><br>　　　　Defendants. | CASE NO. 3:14-CV-03141-NC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: 14-CV-03141-NC
STIPULATION AND [~~PROPOSED~~] ORDER RE:
INITIAL CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | Plaintiffs Sean Venezia, Michael S. Harvey, Gregory Ludvigsen, Arthur Hull, and Alan |
| 2 | Rockwell, by and through their respective counsel ("Plaintiffs"), and Defendants Ferrellgas |
| 3 | Partners, L.P., Ferrellgas, L.P., AmeriGas Partners, L.P., AmeriGas Propane, L.P., and |
| 4 | AmeriGas Propane, Inc., by and through their respective counsel (collectively, "Defendants"), |
| 5 | hereby stipulate the following: |
| 6 | WHEREAS, on July 10, 2014, Plaintiffs, individually and on behalf of all others |
| 7 | similarly situated, filed a complaint captioned *Sean Venezia v. Ferrellgas Partners, L.P. et al.*, |
| 8 | No. 3:14-cv-03141, a putative class action alleging violations of Section 1 of the Sherman Act, |
| 9 | State Antitrust and Unfair Competition Laws, and State Consumer Protection and Unfair |
| 10 | Competition Laws; |
| 11 | WHEREAS, pursuant to the July 11, 2014 Order Setting Initial Case Management |
| 12 | Conference and ADR Deadlines, the Initial Case Management Conference was scheduled for |
| 13 | October 8, 2014 at 10:00 AM; |
| 14 | WHEREAS, over thirty similar actions have been filed against Defendants in at least six |
| 15 | other courts—the United States District Court for the Western District of Missouri, the United |
| 16 | States District Court for the District of Kansas, the United States District Court for the Southern |
| 17 | District of California, the United States District Court for the Eastern District of Pennsylvania, |
| 18 | the United States District Court for the Eastern District of Louisiana, and the United States |
| 19 | District Court for the Central District of California. These actions raise allegations and claims |
| 20 | similar to those asserted in the Complaint pending before this Court. Motion practice regarding |
| 21 | the appropriate forum for consolidation and/or transfer of this case and over thirty others is |
| 22 | currently underway before the Joint Panel on Multidistrict Litigation ("JPML"). *See* JPML |
| 23 | Docket No. 2567, *In re Pre-Filled Propane Tank Antitrust Litigation*; |
| 24 | WHEREAS, the JPML has set a hearing on the Motion to Transfer and Consolidate on |
| 25 | October 2, 2014, which necessitates the requested continuance; |
| 26 | WHEREAS, no prior extension has been requested; |
| 27 | WHEREAS, in order to avoid the unnecessary expenditure of the Court's and parties' |
| 28 | resources prior to the JPML's ruling on the Motion to Transfer and Consolidate, the parties agree |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case Number: 14-CV-03141-NC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CASE MANAGEMENT CONFERENCE

1 | to continue the Initial Case Management Conference until after the Motion to Transfer and
2 | Consolidate has been adjudicated, motions to dismiss have been filed and resolved, and an
3 | answer has been filed in this case; and
4 | WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights,
5 | arguments, or defenses otherwise available to the parties to this action.
6 | NOW, THEREFORE, in the interest of judicial economy and good cause showing, the
7 | undersigned parties, by and through their counsel of record, stipulate as follows:
8 | The Initial Case Management Conference, currently scheduled for October 8, 2014 at
9 | 10:00 AM, shall be continued until thirty days after an answer is filed in this case, with the other
10 | dates set by the Order Setting Initial Case Management Conference and ADR Deadlines
11 | continued accordingly.
12 | The parties respectfully request that the Court enter an Order approving this Stipulation.
13 | IT IS SO STIPULATED.

Dated: September 17, 2014

Respectfully submitted,
**LATHAM & WATKINS LLP**

By: /s/ Niall E. Lynch
    Niall E. Lynch

LATHAM & WATKINS LLP
Niall E. Lynch
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
niall.lynch@lw.com

*Attorney for Defendants*
*Ferrellgas Partners, L.P. and Ferrellgas, L.P.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case Number: 14-CV-03141-NC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| Dated: September 17, 2014 | Respectfully submitted,<br>**FOLEY & LARDNER LLP**<br><br>By: /s/ Tammy H. Boggs<br>  Tammy H. Boggs<br><br>FOLEY & LARDNER LLP<br>Tammy H. Boggs<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA  92130<br>Telephone:  (858) 847-6700<br>Facsimile:  (858) 792-6773<br>tboggs@foley.com<br><br>*Attorney for Defendants AmeriGas Partners, L.P., AmeriGas Propane, L.P. and AmeriGas Propane, Inc.* |
| Dated: September 17, 2014 | Respectfully submitted,<br>**LUKAS, NACE, GUTIERREZ & SACHS, LLP**<br><br>By: /s/ Brooks E. Harlow<br>  Brooks E. Harlow<br><br>LUKAS, NACE, GUTIERREZ & SACHS, LLP<br>Brooks E. Harlow<br>8300 Greensboro Drive, Suite 1200<br>McLean, VA  22101<br>Telephone:  (703) 584-8678<br>Facsimile:  (703) 584-8694<br>bharlow@fcclaw.com<br><br>*Attorney for Plaintiffs Sean Venezia, Michael S. Harvey, Gregory Ludvigsen, Arthur Hull and Alan Rockwell* |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case management conference schduled
2  for November 12, 2014 at 10:00 a.m. Joint case management statement due November 5, 2014.
3  DATED: September 19, 2014

Hon. Nathanael M. Cousins
United States Magistrate Judge

*GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Case Number: 14-CV-03141-NC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CASE MANAGEMENT CONFERENCE

## ATTESTATION CLAUSE

I, Niall Lynch, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Initial Case Management Conference pursuant to Civil Local Rule 5-1. I hereby attest that Tammy Boggs and Brooks Harlow have concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of September, 2014 at San Francisco, California.

Dated: September 17, 2014

**LATHAM & WATKINS LLP**

By: /s/ Niall E. Lynch
    Niall E. Lynch

*Attorney for Defendants*
*Ferrellgas Partners, L.P. and Ferrellgas, L.P.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

Case Number: 14-CV-03141-NC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CASE MANAGEMENT CONFERENCE