

ECF DOCUMENT
I hereby attest and certify that this a true and correct copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.

Date filed: November 3, 2014

By: s/ Robin L. Jones
     Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PRE−FILLED PROPANE TANK
ANTITRUST LITIGATION                                              MDL No. 2567

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 16, 2014, the Panel transferred 2 civil action(s) to the United States District Court for the Western District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.3d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the Western District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Gary A Fenner.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Missouri and assigned to Judge Fenner.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Western District of Missouri for the reasons stated in the order of October 16, 2014, and, with the consent of that court, assigned to the Honorable Gary A Fenner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 31, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: PRE−FILLED PROPANE TANK
ANTITRUST LITIGATION

MDL No. 2567

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | **CALIFORNIA CENTRAL** | | | |
| 4:14-00967-CV-W-GAF | CAC | 2 | 14−06781 | Alex Chernavsky et al v. Ferrellgas Partners, L.P. et al |
| | **CALIFORNIA NORTHERN** | | | |
| 4:14-00968-CV-W-GAF | CAN | 3 | 14−03141 | Venezia et al v. Ferrellgas Partners, L.P. et al |
| | **CALIFORNIA SOUTHERN** | | | |
| 4:14-00969-CV-W-GAF | CAS | 3 | 14−01775 | Clark et al v. Ferrellgas Partners, L.P. et al |
| 4:14-00970-CV-W-GAF | CAS | 3 | 14−01913 | Halgerson v. Ferrellgas Partners, L.P. et al |
| | **KANSAS** | | | |
| 4:14-00971-CV-W-GAF | KS | 2 | 14−02336 | Lochraven Sunoco, Inc. v. Ferrellgas, L.P. et al |
| 4:14-00972-CV-W-GAF | KS | 2 | 14−02344 | American Auto Repair et al v. Ferrellgas Partners L.P. et al |
| 4:14-00973-CV-W-GAF | KS | 2 | 14−02345 | Johnson Auto Electric, Inc. v. Ferrellgas, L.P. et al |
| 4:14-00974-CV-W-GAF | KS | 2 | 14−02350 | Cedar Holly Investments, LLC v. Ferrellgas, LP et al |
| 4:14-00975-CV-W-GAF | KS | 2 | 14−02353 | Tuckerton Lumber Company v. Ferrellgas, LP et al |
| 4:14-00976-CV-W-GAF | KS | 2 | 14−02354 | Ace High Auto Repair &Propane v. Ferrellgas, LP et al |
| 4:14-00977-CV-W-GAF | KS | 2 | 14−02362 | CEFO Enterprise Corp. v. Ferrellgas, L.P. et al |
| 4:14-00978-CV-W-GAF | KS | 2 | 14−02370 | JonWall, Inc. v. Ferrellgas Partners, L.P. et al |
| 4:14-00979-CV-W-GAF | KS | 2 | 14−02371 | RC Gasoline v. Ferrellgas, L.P. et al |
| 4:14-00980-CV-W-GAF | KS | 2 | 14−02379 | Speed Stop 32, Inc. v. Ferrellgas, LP et al |
| 4:14-00981-CV-W-GAF | KS | 2 | 14−02381 | Zarco USA, Inc. v. Ferrellgas Partners, L.P. et al |
| 4:14-00982-CV-W-GAF | KS | 2 | 14−02393 | Dunmore Oil Co., Inc. et al v. AmeriGas Partners, L.P. et al |
| 4:14-00983-CV-W-GAF | KS | 2 | 14−02432 | Ekonomy Enterprises, Inc. v. Ferrellgas, LP et al |
| 4:14-00984-CV-W-GAF | KS | 2 | 14−02453 | Yocum Oil Company, Inc. v. Ferrellgas Partners LP et al |
| | **LOUISIANA EASTERN** | | | |

| | | | | |
|---|---|---|---|---|
| 4:14-00985-CV-W-GAF | LAE | 2 | 14−01821 | Birdie's Inc. et al v. Ferrellgas Partners, L.P. et al |

PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| 4:14-00986-CV-W-GAF | PAE | 2 | 14−04132 | ARROW HARDWARE, LLC v. AMERIGAS PARTNERS, L.P. et al |